# EXHIBIT 1

# ARBITRATION AGREEMENT

1. **Arbitration**. This Agreement is governed by the Federal Arbitration Act (9 U.S.C. §§ 1 et seq.). Except as it otherwise provides, this Agreement applies to any dispute, past, present or future, arising out of or related to Employee's (sometimes "you" or "your") application and selection for employment, employment, and/or termination of employment, with GEO Group ("Company")[1] or relationship with any of its or their agents, employees, affiliates, successors, subsidiaries, assigns or parent companies (each of which may enforce this Agreement) regardless of its date of accrual and survives after the employment relationship terminates. Except as it otherwise provides, this Agreement is intended to apply to the resolution of disputes that otherwise would be resolved in a court of law or before a forum other than arbitration. Except as otherwise stated in this Agreement, you and the Company agree that any legal dispute or controversy covered by this Agreement, shall be resolved by final and binding arbitration in accordance with the Employment Arbitration Rules of the American Arbitration Association ("AAA Rules") then in effect, **and not by court or jury trial**, to be held (unless the parties agree in writing otherwise) in the county and in the same state where you are or were last employed by the Company. The AAA Rules may be found at www.adr.org or by searching for "AAA Employment Arbitration Rules" using a service such as www.Google.com or by asking the Company's Legal Department (Tel. 561-999-7480 or arbitration@geogroup.com) for a copy of the rules. If for any reason the AAA will not administer the arbitration, either party may apply to a court of competent jurisdiction with authority over the location where the arbitration will be conducted for appointment of a neutral arbitrator, who shall act under this Agreement with the same force and effect as if such arbitrator had been specifically named herein.

   The arbitrator shall be an attorney experienced in arbitrating employment law disputes and licensed to practice law in the state in which the arbitration is convened or a retired judge from any jurisdiction. The arbitrator will be selected as follows: The AAA will give each party a list of nine (9) arbitrators (subject to the qualifications listed above) drawn from its panel of arbitrators. Each party will have ten (10) calendar days from the date that list is provided to strike all names on the list it deems unacceptable. If only one common name remains on the lists of all parties, that individual will be designated as the arbitrator. If more than one common name remains on the lists of all parties, the parties will strike names alternately from the list of common names, with the party to strike first to be determined by a coin toss, until only one remains. If no common name remains on the lists of all parties, the AAA will provide an additional list of nine (9) arbitrators from which the parties will strike alternately, with the party striking first to be determined by a coin toss, until only one name remains. That person will be designated as the arbitrator. If that person cannot serve, the AAA will issue another list of nine (9) arbitrators and repeat the alternate strike selection process.

   This Agreement applies to covered claims whether brought by you or the Company. Except as it otherwise provides, this Agreement also applies, without limitation, to disputes arising out of or related to the application for employment, background checks, privacy, the employment relationship or the termination of that relationship, contracts, trade secrets, unfair competition, compensation, classification, minimum wage, expense reimbursement, overtime, breaks, meal periods and rest periods, termination, retaliation, discrimination or harassment and claims arising under the Fair Credit Reporting Act, Defend Trade Secrets Act, the Civil Rights Act of 1964 , 42 U.S.C. §1981, Rehabilitation Act, Civil Rights Acts of 1866 and 1871, the Civil Rights Act of 1991, 8 U.S.C. § 1324b (unfair immigration related practices), 41 U.S.C. § 4712, the Pregnancy Discrimination Act, Equal Pay Act, Americans With Disabilities Act, Age Discrimination in Employment Act, Family Medical Leave Act, Fair Labor Standards Act, Employee Retirement Income Security Act (except for claims for employee benefits under any benefit plan sponsored by the Company and (a) covered by the Employee Retirement Income Security Act of 1974 or (b) funded by insurance), Affordable Care Act, Genetic Information Non-Discrimination Act, Uniformed Services Employment and Reemployment Rights Act, Worker Adjustment and Retraining Notification Act, Older Workers Benefits Protection Act of 1990,

Occupational Safety and Health Act, Consolidated Omnibus Budget Reconciliation Act of 1985, False Claims Act, state or local statutes or regulations addressing the same or similar subject matters, and all other federal, state or local statutory and legal claims arising out of or relating to your employment or the termination of employment (including without limitation torts and post-employment defamation or retaliation).

The arbitrator, and not any federal, state, or local court or agency, shall have exclusive authority to resolve any dispute relating to the interpretation, applicability, enforceability, or waiver of this Agreement. However, the preceding sentence does not apply to any claims under the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act, and it does not apply to the Class Action Waiver and PAGA Individual Action Requirement below. Notwithstanding any other clause or language in this Agreement and/or any rules or procedures that might otherwise apply because of virtue of this Agreement (including without limitation the AAA Rules discussed above) or any amendments and/or modifications to those rules, any claim that all or any portion of the Class Action Waiver or PAGA Individual Action Requirement is unenforceable, inapplicable, unconscionable, or void or voidable, will be determined only by a court of competent jurisdiction and not by an arbitrator.

All claims in arbitration are subject to the same statutes of limitation that would apply in court. You and the Company shall follow the AAA Rules applicable to initial filing fees, but in no event will you be responsible for any portion of those fees in excess of the filing or initial appearance fees applicable to court actions in the jurisdiction where the arbitration will be conducted. After you pay your portion of any initial filing fee, the Company shall pay any remaining portion of the initial fee and also will pay all costs and expenses unique to arbitration, including without limitation the arbitrator's fees. Each party will pay for its own costs and attorneys' fees, if any; however, if any party prevails on a claim which affords the prevailing party attorneys' fees, the arbitrator may award reasonable fees to the prevailing party as provided by applicable law. Each party will have the right to take the deposition of 2 individual fact witnesses and any expert witness designated by another party. Each party also will have the right to propound 25 requests for production of documents and 5 interrogatories. Each party may subpoena witnesses and documents for the arbitration, and documents relevant to the case from third parties, in accordance with any applicable state or federal law. Additional discovery may be conducted by mutual agreement, and the arbitrator will have exclusive authority to entertain requests for additional discovery, and to grant or deny such requests, based on the arbitrator's determination whether additional discovery is warranted by the circumstances of a particular case.

The arbitrator may award to you or the Company any remedy to which that party is entitled under applicable law, but such remedies are limited to those that would be available to a party in his or her individual capacity in a court of law for the disputes presented to and decided by the arbitrator. The arbitrator shall apply the substantive federal, state, or local law applicable to the claims asserted and is without jurisdiction to apply any different substantive law. Either party may file a motion to dismiss and/or a motion for summary judgment, and the arbitrator will apply the standards under the Federal Rules of Civil Procedure. The arbitrator's decision must be in writing and contain findings of fact and conclusions of law. Judgment may be entered on the arbitrator's decision in any court having jurisdiction.

This Agreement does not apply to: (i) claims for workers compensation, state disability insurance or unemployment insurance benefits; however, it applies to discrimination or retaliation claims based upon seeking such benefits; (ii) disputes between the parties that may not be subject to predispute arbitration agreement as provided by the Dodd-Frank Wall Street Reform and Consumer Protection Act (Public Law 111-203); (iii) disputes that an applicable federal statute expressly states cannot be arbitrated or subject to a pre-dispute arbitration agreement; (iv) claims against a contractor that may not be the subject of a mandatory arbitration agreement as provided by the Department of Defense ("DoD") Appropriations Act of

2010, and its implementing regulations, or any successor DoD appropriations act addressing the arbitrability of claims; and (v) disputes that may not be subject to pre-dispute arbitration agreement under the Ending Forced Arbitration of Sexual Assault and Sexual Harassment Act (at Employee's election). If any claim(s) not covered under this Agreement above are combined with claims that are covered under this Agreement, to the maximum extent permitted under applicable law, the covered claims will be arbitrated and continue to be covered under this Agreement.

Nothing contained in this Agreement shall be construed to prevent or excuse you (individually or in concert with others) or the Company from utilizing the Company's existing internal procedures for resolution of complaints, and this Agreement is not intended to be a substitute for the utilization of such procedures. A party may apply to a court of competent jurisdiction for temporary or preliminary injunctive relief in connection with an arbitrable controversy in accordance with applicable law, and any such application shall not be deemed incompatible with or waiver of this agreement to arbitrate. The court to which the application is made is authorized to consider the merits of the arbitrable controversy to the extent it deems necessary in making its ruling, but only to the extent permitted by applicable law. All determinations of final relief, however, will be decided in arbitration.

This Agreement does not prevent you from filing unfair labor practice charges with the National Labor Relations Board (www.nlrb.gov). The Company will not retaliate against you for filing such a charge. Nothing in this Agreement prevents you from making a report to or filing a claim or charge with a government agency, including without limitation the Equal Employment Opportunity Commission, U.S. Department of Labor, U.S. Securities and Exchange Commission, National Labor Relations Board, Office of Federal Contract Compliance Programs, or law enforcement agencies. Nothing in this Agreement prevents the investigation by a government agency of any report, claim or charge otherwise covered by this Agreement. This Agreement also does not prevent federal administrative agencies from adjudicating claims and awarding remedies based on those claims, even if the claims would otherwise be covered by this Agreement. Nothing in this Agreement prevents or excuses a party from satisfying any conditions precedent and/or exhausting administrative remedies under applicable law before bringing a claim in arbitration. The Company will not retaliate against you for filing a claim with an administrative agency or for exercising rights (individually or in concert with others) under the National Labor Relations Act. This Agreement also does not prevent or prohibit you in any way from reporting, communicating about, or disclosing claims for discrimination, harassment, retaliation, or sexual abuse.

This Agreement will not apply to any claim covered by any applicable collective bargaining agreement, except to the extent permitted in any applicable collective bargaining agreement.

2. **Class and Collective Action Waiver. This Agreement affects your ability to participate in class or collective actions.** Both the Company and you agree to bring any dispute in arbitration on an individual basis only, and not on a class or collective basis on behalf of others. There will be no right or authority for any dispute to be brought, heard, or arbitrated as a class or collective action, or as a member in any such class or collective proceeding ("Class Action Waiver"). Also, the arbitrator has no authority to consolidate or join claims by different persons into one proceeding. If there is a final judicial determination that the Class Action Waiver is unenforceable and that a class or collective action may proceed notwithstanding the existence of this Agreement, the arbitrator is nevertheless without authority to preside over a class or collective action and any class or collective action must be brought in a court of competent jurisdiction—not in arbitration—but the portion of the Class Action Waiver that is enforceable shall be enforced in arbitration. The Class Action Waiver shall be severable in any case in which the dispute is filed as an individual action and severance is necessary to ensure that the individual action proceeds in arbitration.

3. **<u>California Private Attorneys General Act ("PAGA") Individual Action Requirement</u>**. You and the Company agree to arbitrate PAGA claims on an individual basis only. Therefore, any claim by you under PAGA to recover for unpaid wages, civil penalties, or other individual relief must be arbitrated under this Agreement. The arbitrator is without authority to preside over any PAGA claim by you on behalf of any other person or joined by or consolidated with another person's or entity's PAGA claim. This PAGA Individual Action Requirement clause will be severable from this Agreement if there is a final judicial determination that it is unenforceable. In such case, the PAGA action must be litigated in a court of competent jurisdiction—not in arbitration—but the portion of the PAGA Individual Action Requirement that is enforceable shall be enforced in arbitration.

4. **<u>Enforcement of this Agreement</u>**. You have the right to consult with counsel of your choice concerning this Agreement and to be represented by counsel at any stage during the arbitration process. This Agreement is the full and complete agreement relating to the arbitration of disputes covered by this Agreement. In the event any portion of this Agreement is deemed unenforceable, the remainder of this Agreement will be enforceable. Any contractual disclaimers the Company has in any handbooks, other agreements, or policies do not apply to this Agreement. This Agreement will survive the termination of your employment and the expiration of any benefit, and it will continue to apply upon your transfer to any parent, subsidiary or affiliate of the Company or re-employment by the Company if your employment is ended but later renewed.

---

[1]As used in this Agreement, "GEO Group" and "Company" refer jointly and separately to BI Incorporated, BI Mobile Breath Inc., GEO Care, LLC, GEO Corrections Holdings, Inc., GEO Secure Services, LLC f/k/a GEO Corrections & Detention LLC, GEO Reentry Services LLC, GEO Transport, Inc., Protocol Criminal Justice, Inc., Community Education Centers, Inc., and The GEO Group, Inc.

**<u>AGREED BY EMPLOYEE AND THE COMPANY</u>**

**I HAVE CAREFULLY READ AND UNDERSTAND THIS ARBITRATION AGREEMENT AND AGREE TO ITS TERMS. BY SIGNING THIS AGREEMENT THROUGH AN ELECTRONIC SIGNATURE process ("E-SIGNATURE"), I AM AGREEING TO THIS AGREEMENT AND AGREE TO ARBITRATE CLAIMS COVERED BY THIS AGREEMENT. ADDITIONALLY, I AUTHORIZE THE USE OF AN E-SIGNATURE TO SHOW MY ACCEPTANCE AND AGREEMENT TO THIS AGREEMENT, AND UNDERSTAND AND ACKNOWLEDGE THAT AN E-SIGNATURE IS AS VALID AND HAS THE SAME LEGAL EFFECT AS AN INK SIGNATURE.**

**AGREED BY EMPLOYEE:**

☑ **EMPLOYEE SIGNATURE** Leondra Williams 4/30/2025 1:10 PM 68.101.18.134
(checking the checkbox above is equivalent to a handwritten signature)